IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-487-D

CHRISTINE H. HUNT, and )
LT. JOSHUA HARROLD, )
)
Plaintiff, )
)
v. )                    **ORDER**
)
THE UNITED STATES AIR FORCE, )
ET AL., )
)
Defendants. )

On September 27, 2017, Christine Hunt and Joshua Harrold moved for a preliminary injunction [D.E. 1]. On that same date, they also moved for a temporary restraining order [D.E. 5].

On November 21, 2017, the defendants responded in opposition [D.E. 9]. In the response, defendants noted that no defendant had been properly served. Id.

Absent proper service, this court cannot grant the requested relief. Thus, the motions [D.E. 1, 5] are DENIED without prejudice. If defendants are not served within the time set forth in Federal Rule of Civil Procedure 4(m), defendants may move to dismiss the action without prejudice. See Fed. R. Civ. P. 4(m).

SO ORDERED. This _8_ day of December 2017.

JAMES C. DEVER III
Chief United States District Judge