UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHRISTINE H. HUNT, and LT. JOSHUA HARROLD, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES AIR FORCE, DR. HEATHER WILSON, COLONEL VIRGINIA GARNER, COLONEL CHRISTOPHER ROBINSON, and LT. COLONEL DR. MARY ANNE KIEL, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br> CASE NO. 5:17-CV-487-D |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court has reviewed the entire record and dismisses the action for failure to exhaust administrative remedies, failure to state a claim upon which relief can be granted, improper venue, and insufficient service of process. Moreover, plaintiffs Christine Hunt and Christian Taylor lack standing. Defendants Virginia Garner, Christopher Robinson, and Mary Anne Kiel are dismissed as individual defendants because they have been sued in their official capacities only and the United States is the only proper party in an action for injunctive relief. Plaintiffs' motion for sanctions [D.E. 34] lacks merit and is DENIED.

**This Judgment Filed and Entered on July 20, 2018, and Copies To:**

| | |
|---|---|
| Christine H. Hunt | (Sent to 1109 Big Spring Circle Durham, NC 27703 via US Mail) |
| Lt. Joshua Harrold | (Sent to 2889 Escuela Street Las Vegas, NV 89121-1705 via US Mail) |
| Christian B. Taylor | (Sent to 4108 Spruce Drive Raleigh, NC 27612 via US Mail) |
| G. Norman Acker, III | (via CM/ECF electronic notification) |
| Roberto F. Ramirez | (via CM/ECF electronic notification) |

DATE:                                           PETER A. MOORE, JR., CLERK

July 20, 2018                   (By) /s/ Nicole Briggeman
                                             Deputy Clerk